KEVIN W. ALEXANDER (SBN: 175204)
J. PETER OLSON (SBN: 067032)
MARSHALL S. BRENNER (SBN: 208780)
GORDON & REES LLP
740 University Avenue, Suite 130
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
mbrenner@gordonrees.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY
(f/k/a THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, | CASE NO. S-03-2362 MCE GGH |
| Plaintiff, | ORDER RELEASING FUNDS ON DEPOSIT |
| v. | |
| ELEANOR M. MISCHO; UNITED STATES OF AMERICA; JOHN C. SMITH, JR., | |
| Defendants. | |
| JOHN C. SMITH, JR., | |
| Counter-Claimant and Cross-Claimant, | |
| v. | |
| THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, | |
| Counter-Defendant, | |
| and | |
| UNITED STATES OF AMERICA, | |
| Cross-Defendant. | |

1

1  Concurrently with the filing of the Stipulated Dismissal Stipulation and Dismissal
2  Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), executed by the parties, the Court hereby
3  orders that the initial and supplemental deposits of monthly payments under the Annuity
4  Contracts No. 95900167 and 95900168, as reflected in paragraph 36 of the Complaint,
5  representing the total principal of the monthly annuity payments net of federal income
6  tax, together with interest thereon, with regard to Annuity Contracts No. 95900167 and
7  No. 95900168, shall be returned to counsel for Plaintiff AXA Equitable Life Insurance
8  Company forthwith and distributed in accordance with the terms of the parties Stipulation
9  and Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(ii).
10      IT IS SO ORDERED.
11  DATED: May 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
740 University Avenue,
Suite 130
Sacramento, CA  95825

**2**